IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARYLAND DODDS, in her own behalf
and in behalf of all others similarly situated                    PLAINTIFF

v.                    No. 5:17-cv-164-DPM

PROFESSIONAL TRANSPORTATION INC.,
PTI; UNITED PROFESSIONAL AND
SERVICE EMPLOYEES UNION; and UNITED
PROFESSIONAL AND SERVICE EMPLOYEES
UNION LOCAL 12222, USPEU                                          DEFENDANTS

## ORDER

1. Professional Transportation's unopposed motion to stay, № 8, is granted. This case substantially duplicates No. 5:16-cv-72-KGB. That case has been going on for more than a year, and a motion to certify a class action is pending. There's no prejudice to Dodds in the stay because she can participate in the class if one is certified. If not, then this case can be revived and perhaps consolidated. All material things considered, a stay is the best course. *Sierra Club v. U.S. Army Corps of Engineers*, 446 F.3d 808, 816–17 (8th Cir. 2006).

2. This case is stayed and administratively terminated. Joint status report due by 2 February 2018 and every six months thereafter. The notice of related case, № 7, is denied as moot.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 August 2017