IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARYLAND DODDS, on her own behalf
and on behalf of all others similarly situated                          PLAINTIFF

v.                                          No. 5:17-cv-164-DPM

PROFESSIONAL TRANSPORTATION, INC.,
(PTI); UNITED PROFESSIONAL AND
SERVICE EMPLOYEES UNION; and UNITED
PROFESSIONAL AND SERVICE EMPLOYEES
UNION LOCAL 12222, USPEU                                              DEFENDANTS

## ORDER

In the odd circumstances presented, the Unions' motion for lead counsel to appear at the upcoming status conference by telephone, № 18, is granted reluctantly. To accommodate the telephone call, the 13 March 2018 status conference will be held in Courtroom 1A of the Richard Sheppard Arnold United States Courthouse, 600 W. Capitol Avenue, in Little Rock. The hearing will still be held at 4:00 p.m. central time. The Court confirms all other terms of its prior Order, № 16. Ms. Dodds must attend the hearing in person. If she does not, the Court will dismiss her case without prejudice. Counsel for Professional Transportation must also attend in person.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 February 2018