IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARYLAND DODDS, on her own behalf
and on behalf of all others similarly situated                PLAINTIFF

v.                          No. 5:17-cv-164-DPM

PROFESSIONAL TRANSPORTATION, INC.,
(PTI); UNITED PROFESSIONAL AND
SERVICE EMPLOYEES UNION; and UNITED
PROFESSIONAL AND SERVICE EMPLOYEES
UNION LOCAL 12222, USPEU                                      DEFENDANTS

## ORDER

The Court held a status conference on 13 March 2018. A Final Scheduling Order with an early deadline for *Cooksey*-judgment-related motions will be entered. The Court reminds Dodds of her obligation to follow the Local Rules and Federal Rules of Civil Procedure. The Court directs the Clerk to send her another copy of № 5, the standard Order for a party who represents herself.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 March 2018