IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARYLAND DODDS, on her own behalf
and on behalf of all others similarly situated          PLAINTIFF

v.                              No. 5:17-cv-164-DPM

PROFESSIONAL TRANSPORTATION, INC.,
(PTI); UNITED PROFESSIONAL AND
SERVICE EMPLOYEES UNION; and UNITED
PROFESSIONAL AND SERVICE EMPLOYEES
UNION LOCAL 12222, USPEU                          DEFENDANTS

## ORDER

Dodds hasn't responded to the pending motion to dismiss, № 24. If the Court doesn't hear anything by Tuesday, 8 May 2018, it will assume the motion is unopposed and proceed accordingly.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2018