IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARYLAND DODDS, on her own behalf
and on behalf of all others similarly situated     PLAINTIFF

v.     No. 5:17-cv-164-DPM

PROFESSIONAL TRANSPORTATION, INC.,
(PTI); UNITED PROFESSIONAL AND
SERVICE EMPLOYEES UNION; and UNITED
PROFESSIONAL AND SERVICE EMPLOYEES
UNION LOCAL 12222, USPEU     DEFENDANTS

## ORDER

PTI and the Union Defendants move to dismiss Dodds's complaint, arguing mainly that her claims are precluded by this Court's judgment in *Cooksey et al. v. PTI et al.*, No. 5:16-cv-72-KGB, № 96, and fail for other reasons. The preclusion issues are tangled and present difficult privity questions. Dodds hasn't filed anything in this case since her complaint nearly a year ago. She appeared at a status conference in March; she said then that she wanted to continue with the case. But she has not responded to the six-week-old motion to dismiss. The Court alerted her several weeks ago that not responding would indicate that she didn't oppose dismissal. № 27. In the circumstances, the Court concludes that the prudent step is to dismiss

this case without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). Motion, № 24, granted as modified.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 June 2018