# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

MARYLAND DODDS, on her own behalf
and on behalf of all others similarly situated                 PLAINTIFF

v.                              No. 5:17-cv-164-DPM

PROFESSIONAL TRANSPORTATION, INC.,
(PTI); UNITED PROFESSIONAL AND
SERVICE EMPLOYEES UNION; and UNITED
PROFESSIONAL AND SERVICE EMPLOYEES
UNION LOCAL 12222, USPEU                          DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_1 June 2018_